UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-8041 MWF (Ex)**                              Date:  December 02, 2020

Title         **Victor Aguirre v. Hong Thuong Lim, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|  Rita Sanchez  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                                              Not Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

     In light of the Notice of Settlement [13] filed November 30,2020, the Court sets a hearing on Order To Show Cause Re Dismissal for January 11, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

     IT IS SO ORDERED.